UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOSHUA BAKER, *et al.*,

    Plaintiffs,

vs.

PJ OHIO, LLC, *et al.*,

    Defendants.

Case No. 3:25-cv-3

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr

## ORDER

In the interest of justice and because no prejudice will result, the Court **GRANTS** Plaintiffs leave to file their Amended Complaint (Doc. No. 3).  *See* Fed. R. Civ. P. 15(a)(2).

**IT IS SO ORDERED.**

February 26, 2025

*s/Michael J. Newman*
Hon. Michael J. Newman
United States District Judge