UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOSHUA BAKER and TRISTAN BERGHOFF-WAGNER, *on behalf of themselves and those similarly situated*,

    Plaintiffs,

vs.

SERAZEN, LLC, PJ OHIO, LLC, PJ LAS VEGAS, LLC, PJ NORTH CAROLINA, LLC, DOUG PAK and DARCIE MANGUS,

    Defendants.

Case No. 3:25-cv-3

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY (Doc. No. 27) IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION**

---

For good cause shown, and to ensure all issues are adequately addressed, the Court **GRANTS** Plaintiffs' motion for leave to file a sur-reply in opposition to Defendant's motion to compel arbitration. Doc. No. 27.

**IT IS SO ORDERED.**

December 5, 2025

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge