**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| JOSHUA BAKER and TRISTAN BERGHOFF-WAGNER, *on behalf of themselves and all others similarly situated*, | ) ) ) | Case No.: 3:25-cv-3 |
| | ) | |
| | ) | Judge Michael J. Newman |
| Plaintiffs | ) | |
| v. | ) | Magistrate Judge Peter B. Silvain, Jr. |
| | ) | |
| SERAZEN, LLC; PJ OHIO, LLC; PJ LAS VEGAS, LLC; PJ NORTH CAROLINA, LLC; DOUG PAK and DARCIE MANGUS. | ) ) ) | **ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY DEADLINES AND FOR CONTINUANCE OF SUMMARY TRIAL** |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Parties' Motion to Extend Discovery Deadlines and for Continuance.  For good cause shown, the Motion (Doc. #38) is **GRANTED** as follows:

1.    The discovery end date of April 14, 2026 is hereby extended to **May 14, 2026**.

2.    Plaintiffs shall serve subpoenas to their cell phone carriers requesting documents and information agreed upon by the parties by April 8, 2026, requesting a response no later than April 22, 2026.  The subpoena response will be sent to Plaintiffs' counsel directly., Plaintiffs shall advise Defendants promptly of their receipt of the subpoena responses and promptly produce (no later than five business days) the responses relevant to the arbitration agreement validity issue as agreed upon by the parties.

3.    The parties shall exchange responses to the discovery requests previously propounded no later than April 22, 2026.

4.    The parties shall provide a status update to the Court on or before **May 5, 2026** regarding the status of discovery and whether to schedule a new summary trial date.

5.      The summary trial scheduled for May 14, 2026 is adjourned and shall be rescheduled following the parties' May 5, 2026 status update.

6.      Any discovery disputes shall be directed to Magistrate Judge Peter B. Silvain, Jr., in accordance with this Court's individual practices and procedures.

**IT IS SO ORDERED.**

Dated: April 10, 2026

_s/Peter B. Silvain, Jr._
Peter B. Silvain, Jr.
United States Magistrate Judge

2