UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOSHUA BAKER, *et al.*,

      Plaintiffs,

vs.

PJ OHIO, LLC, *et al.*,

      Defendants.

Case No. 3:25-cv-3

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) DENYING AS PREMATURE AND WITHOUT PREJUDICE DEFENDANTS' MOTION TO STAY THE PROCEEDINGS AND COMPEL ARBITRATION (Doc. No. 20); (2) DENYING AS MOOT THE MOTION TO STRIKE AND FOR LEAVE TO FILE (Doc. No. 28); (3) GRANTING THE PARTIES' JOINT MOTION TO EXTEND THE DISCOVERY DEADLINE (Doc. No. 41); (4) SETTING A DISCOVERY DEADLINE OF JUNE 18, 2026; AND (5) DIRECTING THE PARTIES TO FILE A JOINT STATUS REPORT ON OR BEFORE JUNE 4, 2026**

---

This case is before the Court upon a motion by Defendants PJ Ohio, LLC; Serazen, LLC; PJ Las Vegas, LLC; PJ North Carolina, LLC; Doug Pak; and Darcie Mangus to stay the proceedings and compel arbitration. Doc. No. 20. Plaintiffs Joshua Baker and Tristan Berghoff-Wagner have responded in opposition. Doc. No. 22. Defendants have replied. Doc. No. 26. Additionally, the Court granted Plaintiff's motion for leave to file a sur-reply (Doc. No. 33), which Plaintiffs then filed (Doc. No. 34). Thereafter, the Court held Defendant's motion in abeyance to allow limited discovery and a summary trial on the issue of the arbitration agreements' formation. Doc. No. 35. Since then, the parties jointly reported—despite cooperation on both sides—that discovery has slowed due to third-party delays. *See* Doc. No. 40. The parties then jointly filed a motion to extend the discovery deadline. Doc. No. 41.

For the reasons set forth above, given that the ongoing discovery may impact the motion at issue, the Court **DENIES AS PREMATURE AND WITHOUT PREJUDICE** Defendants' motion to stay and compel arbitration.  Doc. No. 20.  As a result, the Court **DENIES AS MOOT** the motion to strike and for leave to file.  Doc. No. 28.  The Court will consider any future motions after discovery closes.  Further, the Court **GRANTS** the parties' joint motion to extend the discovery deadline.  Doc. No. 41.  The case remains referred to Magistrate Judge Peter B. Silvain, Jr. to oversee limited discovery that is narrowly tailored to the question of the arbitration agreements' validity.  All discovery on this limited issue shall be **COMPLETED** by **June 18, 2026**.  Finally, the Court **DIRECTS** the parties to file a joint status report on or before **June 4, 2026**.

  **IT IS SO ORDERED.**

May 15, 2026          s/*Michael J. Newman*
                Hon. Michael J. Newman
                United States District Judge

2