**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| JOSHUA BAKER and TRISTAN BERGHOFF-WAGNER, *on behalf of themselves and all others similarly situated*, | ) ) ) | Case No.: 3:25-cv-00003-MJN-PBS |
| | ) | Judge Michael J. Newman |
| Plaintiffs | ) ) | |
| v. | ) | Magistrate Judge Peter B. Silvain, Jr. |
| | ) | |
| SERAZEN, LLC; PJ OHIO, LLC; PJ LAS VEGAS, LLC; PJ NORTH CAROLINA, LLC; DOUG PAK and DARCIE MANGUS. | ) ) ) | **STIPULATION TO STAY THIS ACTION PENDING ARBITRATION** |
| | ) | |
| Defendants. | ) | |

**WHEREAS,** Plaintiffs Joshua Baker and Trisan Berghoff-Wagner filed a Complaint in the above-captioned action on January 2, 2025, which was subsequently amended on February 19, 2025 (the "Complaint") against Defendants Serazen, LLC, PJ Ohio, LLC, PJ Las Vegas, LLC, PJ North Carolina, LLC, Doug Pak, and Darcie Mangus for alleged violations of the Fair Labor Standards Act ("FLSA") and Ohio, Nevada, and North Carolina law.

**WHEREAS,** Defendants maintain that Plaintiffs each signed and are subject to an Arbitration Agreement (the "Agreement") agreeing to arbitrate any and all controversies, claims, or disputes arising out of or relating to their employment, to the greatest extent allowed by law; and

**WHEREAS,** Defendants maintain that the Agreement requires that the parties participate in any disputes in their capacities, and not as a member of any class, collective, and/or representative actions; and

**WHEREAS,** on September 2, 2025, Defendants filed a motion to stay and compel arbitration (ECF Doc. 20), which was opposed by Plaintiffs; and

**WHEREAS,** on February 17, 2026, the Court entered an Order (ECF Doc. 35): (1) holding in abeyance Defendants' motion to stay the proceedings and compel arbitration; (2) referring the case to the Magistrate Judge for limited discovery; (3) setting a summary trial; and (4) setting a discovery deadline; and

**WHEREAS,** the parties proceeded to exchange discovery on the limited issue of validity of the Agreement; and

**WHEREAS,** following joint motions to extend the discovery deadline submitted by the parties, the Court granted extensions of the discovery deadline with the current discovery end date of July 18, 2026; and

**WHEREAS,** Plaintiffs have determined not to contest arbitrability and Plaintiffs have each consented to file their claims in arbitration on an individual basis, rather than as a class or collective action, pursuant to the Agreement; and

**WHEREAS,** the parties have agreed to request that the Court enter an Order staying the litigation pending arbitration of the Plaintiffs' claims; and

**WHEREAS,** the parties reserve any and all respective rights they may have regarding the outcome of the arbitrations.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the Court shall stay the litigation pending the outcome of Plaintiffs' arbitrations.

FP 64880892.1

Dated: July 16, 2026

**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**

By: */s/Jeremiah Frei-Pearson*
Jeremiah Frei-Pearson (*pro hac vice*)
Panning Cui (*pro hac vice*)
One North Broadway, Suite 900
White Plains, New York 10601
Phone: (914) 298-3281
Jfrei-pearson@fbfglaw.com
pcui@fbfglaw.com

**WEINHAUS & POTASHNICK**

By: */s/Mark Potashnick*
Mark Potashnick (*pro hac vice*)
11500 Olive Blvd., Suite 133
St. Louis, Missouri 63141
Phone: (314) 997-9150 x 2
markp@wp-attorneys.com

*Attorneys for Plaintiffs*

**FISHER & PHILLIPS LLP**

By:  *Kathleen McLeod Caminiti*
Kathleen McLeod Caminiti (*pro hac vice*)
Sarah Wieselthier (*pro hac vice*)
400 Connell Drive, Suite 4000
Berkeley Heights, New Jersey 07922
Phone: (908) 516-1050
kcaminti@fisherphillips.com
swieselthier@fisherphillips.com

Robert M. Robenalt
250 West Street, Suite 400
Columbus, Ohio 43215
Phone: (614) 561-5003
rrobenalt@fisherphillips.com

*Attorneys for Defendants*

SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE
THE HONORABLE MICHAEL J. NEWMAN

Dated: July 23, 2026

FP 64880892.1